# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00665-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 6, 8, 9) |

  A scheduling conference is set for November 7, 2024 in this matter. (ECF No. 4.) On June 7, 2024, the parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. (Id. at 2.) On November 4, 2024, after the parties failed to file a joint scheduling report, an order issued requiring the parties to show cause in writing why sanctions should not issue for the failure to comply with the June 7, 2024 order. (ECF No. 6.)

  On November 4, 2024, the parties filed a joint scheduling report. (ECF No. 7.) Plaintiff filed a response to the Court's order to show cause on November 4, 2024, noting he missed the Outlook notification that would have popped up on October 18, 2024 to remind him to file a joint scheduling report. (ECF No. 8.) Defendant filed its response to the order to show cause on November 5, 2024, proffering that the Court's order scheduling the scheduling conference was not served on Defendant and Defendant failed to otherwise confirm the date of the scheduling

conference. (ECF No. 9.)

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, "the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."  Given the parties' responses to the Court's order to show cause, most notably Plaintiff's missed Outlook notification only twenty days prior to the scheduling conference and Defendant's proffer it was not aware of the missed deadline until the Court's order to show cause, it is apparent the parties did not confer, nor planned to confer, at least 21 days before the November 7, 2024 scheduling conference.  The Rule 26(f) conference is neither an optional nor perfunctory task.  The obligation to participate meaningfully in the planning process required by Rule 26(f) is imposed on all parties.  Although the parties' apparent failure to comply with the obligations prescribed in the Federal Rules and this Court's order is not justified, the Court will discharge the November 4, 2024 order.

Accordingly, IT IS ORDERED that the November 4, 2024 order to show cause (ECF No. 6) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 6, 2024**

UNITED STATES MAGISTRATE JUDGE