# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>　　　　Defendant. | Case No. 1:24-cv-00665-SAB<br><br>ORDER REGARDING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 24) |

Before the Court is the parties' timely stipulation to modify the due date of the filing of dispositive motions by continuing that deadline by 16 days.[1]  The parties have indicated that the extension of this deadline is to promote ongoing settlement discussions.  For good cause shown, the Court hereby approves the stipulation and ORDERS that the deadline to file dispositive motions is CONTINUED to **September 26, 2025**.

IT IS SO ORDERED.

Dated: **September 11, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The parties have stylized the stipulation as for "administrative relief" on the docket.  However, given the content of the stipulation, the Court construes it as a stipulation for the modification of the scheduling order.