# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA., | Case No. 1:24-cv-00665-SAB |
| Plaintiff, | ORDER GRANTING MOTION FOR 30-DAY EXTENSION OF TIME |
| v. | (ECF No. 26) |
| CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, | |
| Defendant. | |

Before the Court is the parties' timely motion to modify the due date of the filing of dispositive motions by continuing that deadline by 30 days.[1]  The parties have indicated that the extension of this deadline is to promote ongoing settlement, which has now been reached in principle.  For good cause shown, the Court hereby GRANTS the motion and ORDERS that the deadline to file dispositive motions is CONTINUED to **October 27, 2025**.[2]

IT IS SO ORDERED.

Dated:   **September 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have stylized this as a motion; however, upon review the Court construes the motion as either an unopposed motion and/or a stipulation, in light of the fact that both parties have joined.

[2] The Court observes that the parties have sought to maintain the pretrial and trial dates thus far.  However, should either party file a dispositive motion by the October 27, 2025 deadline, the Court will likely be forced to continue the pretrial conference and potentially the trial date as well.  Should the parties require additional time following this extension, the Court will likely vacate all pending dates and set a deadline for the filing of dispositional documents.