# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA., | Case No. 1:24-cv-00665-SAB |
| Plaintiff, | ORDER GRANTING MOTION FOR 14-DAY EXTENSION OF TIME |
| v. | (ECF No. 28) |
| CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, | |
| Defendant. | |

Before the Court is the parties' timely motion to modify the due date of the filing of dispositive motions by continuing that deadline by 14 days.  The parties have indicated that the extension of this deadline is to promote ongoing settlement, which has now been reached in principle.  For good cause shown, the Court hereby GRANTS the motion and ORDERS that the deadline to file dispositive motions is CONTINUED to **November 10, 2025**.[1]

IT IS SO ORDERED.

Dated:  __October 24, 2025__

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court observes that the parties have sought to maintain the pretrial and trial dates thus far.  However, should either party file a dispositive motion by the November 10, 2025 deadline, the Court will likely be forced to continue the pretrial conference and potentially the trial date as well.  The Court will construe any further request for an extension of the disposition motion deadline as a notice of settlement, given the proffer that the parties have reached a settlement in principle.  (ECF No. 28, p. 2.)