1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7

| | |
|---|---|
| LUIS GARCIA | Case No. 1:24-cv-00665-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 15) |
| CALIFORNIA DEPARTMENT OF DEVELOPEMENTAL SERVICES | **TWENTY-ONE DAY DEALINE** |
| Defendant. | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

On November 13, 2024, the Court issued a scheduling order setting the pre-trial conference in this matter for November 7, 2025, before the undersigned. (ECF No. 15.)  The order required the parties to file a joint pre-trial statement pursuant to Local Rule 281(a)(2) no later than seven days prior to the conference, i.e., by October 31, 2025. (Id.); see also L.R. 281(a)(2). In light of the parties' prior requests for extensions due to ongoing settlement negotiations coupled with the proffer that the parties have reached a settlement in principle (ECF Nos. 24, 26, 28), the Court construes the parties' failure to file the joint pre-trial statement as an indication that the matter has been settled.

Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

24
25
26
27
28

2.    The parties shall file disposition documents within **twenty-one (21) days of this order.**  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **November 3, 2025**

STANLEY A. BOONE
United States Magistrate Judge