# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>　　　　Defendant. | Case No. 1:24-cv-00665-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>(ECF No. 30)<br><br>**TEN-DAY DEADLINE** |

　　　　On November 3, 2025, the Court construed the parties' inaction, and previous stipulations, as a notice of settlement, vacated all pending dates, and ordered the parties to file dispositional documents by November 24, 2025. (ECF No. 30; see ECF Nos. 24, 26, 28.) That deadline has passed, and neither party has filed dispositional documents or a request for an extension supported by good cause.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause, in writing, within **ten (10) days** from the entry of this order why sanctions should not issue for the failure to file dispositional documents by the deadline required by the November 3, 2025 order. (ECF No. 30.) Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **November 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2