# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>  Defendant. | Case No. 1:24-cv-00665-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF No. 32) |

On November 25, 2025, the Court issued an order to show cause, requiring the parties to show cause in writing why sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline. (ECF Nos. 30, 31.) On December 3, 2025, Plaintiff timely filed a signed stipulation of dismissal. (ECF No. 32.) However, Plaintiff did not respond to the order to show cause. Counsel is advised that upon receiving an order to show cause, a response addressing why the conduct should be excused is required. In this instance, the Court will discharge the order to show cause without the imposition of sanctions.

Accordingly, the Court HEREBY ORDERS that:

1. The November 25, 2025 order to show cause is DISCHARGED (ECF No. 31); and

2. In light of the stipulation (ECF No. 32), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and

has been dismissed pursuant to the terms of the stipulation. Accordingly, the Clerk of the Court is hereby DIRECTED to close the file in this case and adjust the docket to reflect stipulated dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2